Correctional Services, Respondent. (Appeal No. 2.) [890 NYS2d 845]—

Same memorandum as in *Matter of Kalwasinski v Fischer* (68 AD3d 1722 [2009]). Present—Hurlbutt, J.P., Peradotto, Carni, Pine and Gorski, JJ.

FRANK A. BERSANI, M.D., Respondent-Appellant, v TEXACO, INC., Appellant-Respondent. [890 NYS2d 845]—

Present—Hurlbutt, J.P., Peradotto, Carni, Pine and Gorski, JJ.

HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK, Appellant-Respondent, v DAVID W. ROBINSON, Individually and as Administrator of the Estate of SANDRA F. ROBINSON, Deceased, Respondent-Appellant. [890 NYS2d 846]—

Memorandum: We affirm the judgment insofar as it granted plaintiff's motion to dismiss the counterclaims for reasons stated in the decision at Supreme Court dated July 14, 2008. We also affirm the judgment insofar as it granted defendant's motion to dismiss the complaint as a sanction pursuant to CPLR 3126. Defendant met his initial burden by establishing that plaintiff engaged in willful, contumacious or bad faith conduct by failing to comply with a court order concerning outstanding discovery demands, thereby shifting the burden to plaintiff to offer a reasonable excuse for its noncompliance, and plaintiff failed to meet that burden (*see Hill v Oberoi*, 13 AD3d 1095 [2004]). Present—Hurlbutt, J.P., Peradotto, Carni, Pine and Gorski, JJ.